JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STEVEN JENKINS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON BROOMFIELD, Warden of San Quentin State Prison,<br><br>　　　　Respondent. | CASE NO. CV 07-1918 JGB<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

　　Pursuant to the Order Denying First Amended Petition for Writ of Habeas Corpus issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied and that judgment is entered in favor of Respondent and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

　　The Clerk is ordered to enter this judgment.

**IT IS SO ORDERED.**

Dated: October 17, 2023.

JESUS G. BERNAL
United States District Judge